IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK NEUFER, | 1:09-cv-01065-GSA-PC |
| Plaintiff, | ORDER GRANTING MOTION TO AMEND COMPLAINT |
| v. | (Doc. 9.) |
| JAMES A. YATES, et al., | ORDER DIRECTING CLERK TO FILE FIRST AMENDED COMPLAINT |
| Defendants. | (Doc. 10.) |

Plaintiff Marl Neufer ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint commencing this action on June 16, 2009. (Doc. 1.) On October 28, 2009, plaintiff filed a motion to amend the complaint and submitted a proposed First Amended Complaint which was lodged by the court on the same date. (Docs. 9, 10.)

Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires. Fed. R. Civ. P. 15(a). In this case, a responsive pleading has not been served and plaintiff has not previously amended his complaint. Therefore, plaintiff may file an amended complaint without leave of the court.

///

1

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to amend his complaint is GRANTED; and
2. The Clerk of Court is DIRECTED to file the First Amended Complaint which was lodged by the court on October 28, 2009.

IT IS SO ORDERED.

Dated:   **April 2, 2010**              /s/ **Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE