# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK NEUFER, | 1:09-cv-01065-GSA-PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S REQUEST FOR SUBPOENA |
| v. | (Doc. 12.) |
| JAMES A. YATES, et al., | |
| Defendants. | |

Plaintiff Mark Neufer ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on June 17, 2009. (Doc. 1.) On January 13, 2010, Plaintiff filed a request for issuance of a subpoena duces tecum to compel Defendant Yates to produce documents. (Doc. 12.)

Discovery has not yet commenced in this action. The Court will establish a discovery schedule at a later stage of the proceedings by issuing a scheduling order which shall be served upon all parties to this action. Until then, the parties may not conduct discovery. Therefore, Plaintiff's request for issuance of a subpoena is premature and shall be denied as such.

Accordingly, IT IS HEREBY ORDERED THAT Plaintiff's request for issuance of a subpoena is DENIED as premature.

IT IS SO ORDERED.

Dated:   **September 16, 2010**              **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE