1
2
3
4
5
6
7
8                 **UNITED STATES DISTRICT COURT**

9                     EASTERN DISTRICT OF CALIFORNIA

10

11    MARC NEUFER,                          1:09-cv-01065-GSA-PC

12              Plaintiff,                  ORDER DISMISSING THIS ACTION, WITH
                                            PREJUDICE, FOR FAILURE TO STATE A
13    v.                                    CLAIM UPON WHICH RELIEF MAY BE
                                            GRANTED
14    JAMES A. YATES, et al.,               (Doc. 15.)

15                                          ORDER FOR THIS DISMISSAL TO COUNT
                Defendants.                 AS A STRIKE PURSUANT TO 28 U.S.C. §
16                                          1915(g)

17                                          ORDER FOR CLERK TO CLOSE CASE
      _____/
18

19         Plaintiff Marc Neufer ("Plaintiff") is a state prisoner proceeding pro se in this civil rights

20    action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on June 17, 2009.  (Doc. 1.)  On July

21    10, 2009, Plaintiff consented to Magistrate Judge jurisdiction in this action, and no other parties have

22    made an appearance.  (Doc. 5.)  Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the

23    Eastern District of California, the undersigned shall conduct any and all proceedings in the case until

24    such time as reassignment to a District Judge is required.  Local Rule Appendix A(k)(3).

25         On April 2, 2010, Plaintiff filed the First Amended Complaint.  (Doc. 15.)  On April 19,

26    2011, the undersigned dismissed the First Amended Complaint for failure to state a claim upon

27    which relief may be granted and granted Plaintiff leave to file a Second Amended Complaint within

28    thirty days.  28 U.S.C. § 1915A; 28 U.S.C. § 1915(e).  (Doc.17.)   Plaintiff was granted two forty-

                                            1

five-day extensions of time to file the Second Amended Complaint.  (Docs. 19, 21.)  The latest forty-five-day time period has expired, and Plaintiff has not complied with or otherwise responded to the Court's order.  As a result, there is no pleading on file which sets forth any claims upon which relief may be granted under section 1983.

Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), IT IS HEREBY ORDERED that:

1.    This action is DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which relief may be granted under section 1983;

2.    This dismissal shall count as a strike pursuant to 28 U.S.C. § 1915(g); and

3.    The Clerk is DIRECTED to close this case.


IT IS SO ORDERED.

**Dated:    September 19, 2011**                    **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE